IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| SDC FINANCIAL, LLC and <br> SMILE DIRECT CLUB, LLC, <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> MARTIN BREMER; SMILE STORE, LLC; <br> MH, D.M.D. of TENNESSEE, PLLC; and <br> SMILE STORE SUPPORT SERVICES, LLC <br><br> Defendants and Counter-Plaintiffs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: <br> Judge: <br> Magistrate: | 3:19-cv-00525 <br> CRENSHAW <br> HOLMES |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned, Denis G. "Gray" Waldron, a member of the law firm Dunham Hildebrand, PLLC, hereby notifies the Court of his appearance as counsel for Defendants Smile Store Support Services, LLC and MH D.M.D. of Tennessee, PLLC in the above-captioned case, and requests that all notices, pleadings, motions, applications and other documents filed and/or served in this case be sent to the email address or physical address in the signature block that follows.

Respectfully submitted,

*/s/ Gray Waldron*
R. ALEX PAYNE
DENIS G. ("Gray") WALDRON
DUNHAM HILDEBRAND, PLLC
2416 21st Avenue South, Suite 303
Nashville, TN 37212
629.777.6519
gray@dhnashville.com
*Counsel for Smile Store Support Services, LLC and MH, D.M.D. of Tennessee, PLLC*